IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:18CR159-DCB-FKB-001

EVELYN MICHELLE HERNANDEZ

ORDER GRANTING UNITED STATES OF AMERICA'S MOTION [74]
TO AUTHORIZE PAYMENT FROM INMATE TRUST ACCOUNT

THIS CAUSE came on for consideration upon the United States of America's Motion [74], pursuant to 18 U.S.C. §§ 3613(a) and 3664(n), requesting that the Court order the Bureau of Prisons to turn over $1,038.38 to the Clerk of Court from funds held in Evelyn Michelle Hernandez's inmate trust account as payment for the criminal monetary penalties imposed in this case.

As set forth in the United States' Motion, the Bureau of Prisons maintains in its possession, custody, or control, over and above, $1,038.38 in funds belonging to Hernandez that are currently in her inmate trust account. For the reasons stated in the Motion, the Court finds the Motion is well-taken and should be granted.

THEREFORE, IT IS HEREBY ORDERED that the United States' Motion to Authorize Payment from Inmate Trust Account is GRANTED;

IT IS FURTHER ORDERED that the Bureau of Prisons shall turn over to the United States District Clerk of Court, 501 E. Court Street, Suite 2.500, Jackson, MS 39201, and the Clerk of Court shall accept $1,038.38 in funds currently held in the inmate trust account for the following inmate:

Evelyn Michelle Hernandez - Register No. 16476-075

The Clerk of Court shall apply these funds as payment toward the criminal monetary penalties owed by Defendant in this case.

SO ORDERED this the  15th  day of December, 2021.

                                                          s/David Bramlette
                                                          HONORABLE DAVID C. BRAMLETTE
                                                          UNITED STATES DISTRICT JUDGE

Inmate Evelyn Michelle Hernandez - Reg. No. 16476-075
Aliceville Federal Correctional Institution
P. O. Box 4000
Aliceville, AL  35442